NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-794

RICHARD W. HARMON AND PAM HARMON

VERSUS

REPUBLIC VANGUARD INSURANCE COMPANY, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-0727-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
NED E. DOUCET, JR.
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

AFFIRMED.

John William Penny, Jr.
P. O. Box 2187
Lafayette, LA 70502
Counsel for Defendant-Appellant
        Republic Vanguard Insurance Company

Gregory Bryan Dean
P. O. Drawer 280
Opelousas, LA 70571-0280
Counsel for Plaintiffs-Appellees
        Pam Harmon and Richard W. Harmon

Steven Bernard Rabalais
701 Robley Drive, #210
Lafayette, LA 70503
Counsel for Defendants-Appellees
        Howard C. Dejean, Foret Noir Hunting Club, Shawn Dejean
        and Gulf Ins. Group

DOUCET, Chief Judge

For the reasons set forth in the companion case hereto, *Harmon v. Republic Vanguard Ins. Co.*, 03-495 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the judgment of the trial court is affirmed.  Costs of this appeal are to be paid by the Appellant.

AFFIRMED